# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CORDERO GRAHAM, | Criminal Action No.: 2:18-CR-431-01<br><br><br>**ORDER** |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

**It is on this 26th day of MARCH, 2027,**

**ORDERED** that K. ANTHONY THOMAS, Federal Public Defender for the District of New Jersey by CANDACE HOM is hereby appointed to represent said defendant in this cause until further order of the Court.

Further Ordered that if defendant does in fact have assets which are discovered after trial, defendant will be required to reimburse the government for the cost of counsel.

BRIAN R. MARTINOTTI,
UNITED STATES DISTRICT JUDGE